IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**TIMOTHY WAYNE HAYMON**                                                **PLAINTIFF**

v.                              Civil No.: 1:10-cv-01049

**KEN JONES** *et al.*                                                **DEFENDANTS**

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Timothy Wayne Haymon (Plaintiff) filed this case pro se and *in forma pauperis* on July 13, 2010, under 42 U.S.C. § 1983. ECF No. 1. Now before the Court is the Motion to Dismiss, ECF No. 13, filed by Defendants. Plaintiff has made no response to the Motion to Dismiss.

Pursuant to the provisions of 28 U.S.C. § 636 (b)(1) and (3), this case is referred to the undersigned by the Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas. For the following reasons, it is the recommendation of the undersigned that the Motion to Dismiss, ECF No. 13, be **DENIED**.

### I. Background

Plaintiff filed his Complaint alleging denial of medical care, racial discrimination, and failure to protect him from harm by other inmates. *Id.* On August 12, 2010, Defendants filed a notice stating that they sent mail to Plaintiff's address of record and that mail was returned to counsel reflecting that Plaintiff was no longer at the Union County Criminal Justice Facility. ECF No. 12. Defendants state they obtained the last known address of record from Plaintiff on August 5, 2010. *Id.* Defendants resent their Answer and discovery requests to this address and it was returned reflecting that Plaintiff was not at this address. *Id.* Defendants now seek to dismiss this case due to Plaintiff's failure to keep a current address of record with the court, as required by Local Rule 5.5

## II. Discussion

Mail sent to the Plaintiff has not been returned to the Court. A review of the inmate roster from the Union County Sheriff's Office shows that Plaintiff is currently incarcerated at his address of record. UNION COUNTY SHERIFF'S OFFICE, http://66.76.205.182:3500/inmatesnow.aspx (last visited April 5, 2010). From the booking information obtained by the Court from www.justicexchange.com, appears Plaintiff may have been released and then re-incarcerated in the Union County Facility, causing Defendants' mail to be returned. This information shows Plaintiff was booked into Union County on February 22, 2010, and then was released on July 15, 2010. *Id*. Plaintiff was re-incarcerated in Union County on January 24, 2011, and is still incarcerated at Union County. *Id.*

As it appears the basis for Defendants' Motion to Dismiss, that Plaintiff did not have a valid address of record with the Court causing mail to be returned to the Defendants, is now resolved, it is the recommendation of the undersigned that the Motion to Dismiss, ECF No. 13, be denied at this time. The undersigned further recommends that Defendants be directed to resend their Answer to the Complaint and discovery materials to the Plaintiff at his current address of record.

**Plaintiff is further advised that failure to keep a current address with the Court may result in the dismissal of his case for failure to comply with an Order of the Court and failure to comply with Local Rule 5.5.**

## III. Conclusion

For the forgoing reasons, I recommend that Defendants' Motion to Dismiss, ECF No. 13, be **DENIED**.

**The parties have fourteen (14) days from receipt of this report and recommendation in**

which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.

DATED this 7th day of April 2011.

/s/ Barry A.  Bryant
HON.  BARRY A.  BRYANT
U.S.  MAGISTRATE JUDGE