IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TIMOTHY WAYNE HAYMON                                           PLAINTIFF

v.                          Case No. 10-1049

KEN JONES, *et al.*                                           DEFENDANTS

## ORDER

Now on this 25th day of May 2011, there comes on for consideration the report and recommendation filed on April 7, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas (doc. 14). No objections were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motion to Dismiss (doc. 13) is DENIED. Defendants are directed to resend their Answer and discovery materials to Plaintiff at his current address of record. Plaintiff is advised that failure to keep a current address with the Court may result in the dismissal of his case for failure to comply with an Order of the Court and failure to comply with Local Rule 5.5.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**